## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

|  |  |
|---|---|
| JUDITH M. SILVA, | Civil No. 04-03882 (JRT/FLN) |
| Plaintiff, | **ORDER** |
| v. |  |
| MAYO CLINIC, |  |
| Defendant. |  |

_____

Marshall H. Tanick and Shawn L. Peason, **MANSFIELD TANICK & COHEN, P.A**., 220 South Sixth Street, Suite 1700, Minneapolis, Minnesota 55402, for plaintiff.

Holly S A Eng and Ryan E. Mick, **DORSEY & WHITNEY LLP**, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402, for defendant.

Based upon the Stipulation of Dismissal with Prejudice [Docket No. 35],

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

Dated: May 31, 2005
at Minneapolis, Minnesota

                                                       s/John R. Tunheim
                                                    JOHN R. TUNHEIM
                                                 United States District Judge